**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FILED
8/22/06
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.                                                                                         CASE NO. 3:06-cr-210-J-HTS

ASHLEY R. NOEL

---

## REVOCATION OF PROBATION AND
## JUDGMENT AND COMMITMENT ORDER

This matter is before the Court on the Petition for Warrant or Summons for Offender Under Probation (Doc. #2; hereinafter Petition), filed on July 24, 2006. As a result of the Petition, a summons was issued for the Defendant. On August 16, 2006, Defendant and her counsel, James Burke, Esquire, and the United States of America being represented by Assistant United States Attorney Michael F. Gallagher, appeared before this Court for a final revocation hearing.

The Defendant pled guilty to driving under a suspended license and was placed on probation for a period of twelve (12) months on February 6, 2006, pursuant to a Judgment in a Criminal Case, filed on February 7, 2006, in the Southern District of Georgia.

The Probation Officer now reports to the Court and the Court finds, based on Defendant's admissions, that Defendant violated the terms of her probation, as set forth in the Petition, by twice committing new criminal conduct, i.e., leaving the scene of an accident and possessing/consuming alcoholic beverages while under the age of twenty-one (21). Further, Ms. Noel admitted and the Court finds, she answered untruthfully to an inquiry of the Probation Officer and used alcohol to excess. Therefore, it is

**ORDERED AND ADJUDGED**:

1.     The Judgment in a Criminal Case, filed on February 7, 2006, in the Southern District of Georgia, placing Defendant on probation for a period of twelve (12) months is hereby **SET ASIDE**, Ms. Noel's probation is **REVOKED**; and

2. The Defendant, having been found guilty of said offense, is hereby committed to the custody of the United States Bureau of Prisons for a term of sixty (60) days.

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of August, 2006.

---
HOWARD T. SNYDER
United States Magistrate Judge

Copies to:
Asst. U. S. Attorney (Gallagher)
Federal Public Defender (Burke)
U.S. Probation
U.S. Marshal
Defendant